THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:12-cv-000052-MR

| | |
|---|---|
| JUDY SCHUNN and ROBERT SCHUNN, ) ) ) Plaintiffs, ) ) vs. ) ) ) WELLS FARGO BANK, N.A. and ) ANDREA MURPHY, ) ) Defendants. ) _____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the Plaintiffs' Consent Motion for Voluntary Dismissal of Andrea Murphy [Doc. 56].

Upon review of the Plaintiffs' Motion,

**IT IS, THEREFORE ORDERED** that the Plaintiffs' Motion [Doc. 56] is **GRANTED**, and the Plaintiffs' claims against the Defendant Andrea Murphy are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

_\[signature\]_
Martin Reidinger
United States District Judge